IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BERNIE B. CLEVELAND, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 11-cv-878-JPG-PMF |
| COUNTY OF COOK, et al., | ) |
| Defendants. | ) |

**REPORT AND RECOMMENDATION**

**FRAZIER, Magistrate Judge:**

Before the Court is a motion for discovery sanctions, filed by defendants Austin and Randle (Doc. No. 68). The motion is based on plaintiff Bernie B. Cleveland's failure to attend his deposition, which was properly noticed for September 14, 2012. The deposition notice was sent to the Chicago address provided by plaintiff following his release from prison. Plaintiff failed to attend the deposition, without explanation. The defendants incurred expenses for a court reporter and transcript. The period for discovery is now closed. Defendants Austin and Randle suggest that dismissal of plaintiff's remaining claims would be an appropriate sanction in these particular circumstances.

On October 23, 2012, plaintiff was directed to respond to the motion for sanctions. He was specifically advised that the absence of a response would be considered an admission that dismissal is the appropriate sanction (Doc. No. 69). That order was sent to plaintiff at his last known address. A response is not on file.

Sanctions are appropriate for plaintiff's unexplained failure to attend his deposition on September 14, 2012, his failure to notify the defendants that he would not attend, and his failure to make any effort to provide his deposition testimony at a later date or reimburse the defendants for the expenses they incurred. Fed. R. Civ. P. 37(d). Because discovery is now closed, the defendants are prejudiced in preparing for trial without knowing details regarding plaintiff's claims for relief. Cleveland is proceeding as a pauper (Doc. No. 11). Monetary sanctions would not be an effective sanction in these circumstances. *See Hoskins v. Dart*, 633 F.3d 541, 544 (7th Cir. 2011).

IT IS RECOMMENDED that the motion (Doc. No. 68) be GRANTED. Plaintiff's remaining claims against defendants Daniel Austin and Michael Randle should be dismissed as a sanction for plaintiff's failure to attend his deposition. If this recommendation is adopted, no claims will remain for decision.

The Clerk is DIRECTED to mail plaintiff's copy of this Report and Recommendation and the attached notice to his last known address:

Bernie Cleveland
9528 S. Bensley
Chicago, Illinois 60617.

SUBMITTED:   November 29, 2012   .

  S/Philip M. Frazier
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**