UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BERNIE B. CLEVELAND,<br><br>    Plaintiff,<br><br>          v.<br><br>COUNTY OF COOK, STATE'S ATTORNEY LIBERTHALL, MAYOR RICHARD DALEY, GOVERNOR PAT QUINN, WARDEN DANIEL AUSTIN and IDOC DIRECTOR RANDLE, ,<br><br>    Defendants. | Case No. 11-cv-878-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that all claims in this case are dismissed with prejudice.

**DATED: January 30, 2013**        NANCY J. ROSENSTENGEL, Clerk of Court

                                          **s/ Jina Hoyt, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**